RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6-26-08

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **DEAUNTE TALLMORE** | **CIVIL ACTION NO. 07-1220** |
| **VERSUS** | **SECTION "P"** |
| **SHERIFF SID HEBERT, ET AL.** | **JUDGE DOHERTY** |
| | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED, ADJUDGED AND DECREED** that this civil rights action be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§1915(e)(2)(B)(i) and (ii) and 1915A(b)(1) as frivolous and as failing to state a claim upon which relief may be granted.

Lafayette, Louisiana, this 2⁄ day of ‾‾‾‾ 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE